## NAPIER v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided Nov. 28, 1933.)

S. P. STAMPER for movant.

BAILEY P. WOOTTON, Atty. Gen., and DAVID C. WALLS, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

## HOME ICE COMPANY v. W. H. BRAME.

Court of Appeals of Kentucky.

(Decided Dec. 15, 1933.)

C. C. GRASSHAM for movant.

A. M. NICHOLS and W. A. BERRY, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## WELLER v. GRIFFITH.

Court of Appeals of Kentucky.

(Decided Nov. 28, 1933.)

N. J. WELLER and CHAS. A. JOHNSON for movant.

E. B. WILSON, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.